5:20cvIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-116-DCK

| | |
|---|---|
| ANNA SAWYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WALMART STORES EAST, LP and | ) |
| JOHN DOE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Stipulation To Cap Plaintiff's Damages And Remand" (Document No. 11) filed November 3, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting agreement of the parties, the undersigned will direct that this matter be remanded.

The undersigned observes that the parties agree that the amount in controversy in this matter does not exceed $74,999.99, and that this matter should be remanded to the Superior Court of Ashe County, North Carolina.

**IT IS, THEREFORE, ORDERED** that the parties' "Stipulation To Cap Plaintiff's Damages And Remand" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the Ashe County General Court of Justice, Superior Court Division, Case No. 20-CVS-203.

Signed: November 5, 2020

David C. Keesler
United States Magistrate Judge